# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 25, 2013

146891

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

JACKSON & CHURCH COMPANY, LOUIS
PERROT, and VERA PERROT,
   Plaintiffs/Counter-Defendants-
   Appellees,

v

               SC: 146891
               COA: 307633
PETER KAISER and BAY CITY SHOVELS, Arenac CC: 10-011154-CK
INC.,
   Defendants/Counter-Plaintiffs-
   Appellants.

_____/

   On order of the Court, the application for leave to appeal the February 12, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 25, 2013


               Clerk

t0617